FILED '08 NOV 20 13:26 USDC-ORM

James R. Jennings, OSB No. 95345
Email jim@jamesrjennings.com
James R. Jennings, P.C.
1550 N.W. Eastman Parkway, Suite 275
Gresham, OR 97030
Telephone: (503) 669-3406
Fax: (503) 669-3466

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| RHODA ABRAO,<br><br>  Plaintiff,<br><br>v.<br><br>ROCHE DIAGNOSTIC SYSTEMS,<br>INC., a New Jersey Corporation<br><br>  Defendant. | Case No. 08-CV-0277-PA<br><br>**STIPULATED MOTION AND ORDER<br>TO DISMISS** |

Pursuant to FRCP 41A, the parties move for an order of dismissal of this matter, without prejudice, and without costs to either party.

DATED: November 20, 2008.

**JAMES R. JENNINGS, P.C.**

By: _____
James R. Jennings, OSB No. 74155
Attorney for Plaintiff
Trial Attorney: James R. Jennings

DATED: November 20, 2008.

**LANE POWELL**

By: _____
Victoria Blachly, OSB No. 97280
Attorney for Defendant
Trial Attorney: Victoria Blachly

Page 1 -   STIPULATED MOTION AND ORDER TO DISMISS

**\*\*ORDER\*\***

The Stipulated Motion and Order to Dismiss is:

__✓__ **GRANTED**
____ **DENIED**
____ **OTHER** _____

Dated: __11/20/08__          *[signature]*
                              Owen M. Panner
                              United States District Judge

Page 2 -   STIPULATED MOTION AND ORDER TO DISMISS

## CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of **STIPULATED MOTION AND ORDER TO DISMISS** on the date indicated below by:

[X]  Mail with postage prepaid, deposited in the U.S. Mail at Gresham, Oregon

[ ]  Hand delivery

[X]  Facsimile transmission

[ ]  Overnight delivery

I further certify that said copy was placed in a sealed envelope, delivered as indicated above and addressed to said attorney at the address listed below:

> Victoria Blachly
> Lane Powell
> 601 S.W. Second Ave., Suite 2100
> Portland, OR 97204-3158
> Fax No. (503) 778-2200
>
> Attorney for Defendant

DATED: November 20, 2008.

JAMES R. JENNINGS, P.C.

By: _____
James R. Jennings, OSB No. 74155
Attorney for Plaintiff

Trial Attorney: James R. Jennings

Page 1 -   DECLARATION IN SUPPORT OF UNOPPOSED MOTION TO STAY